```
                    FILED
            CLERK, U.S. DISTRICT COURT

                  Dec 14, 2016

           CENTRAL DISTRICT OF CALIFORNIA
           BY: _____PMC_____ DEPUTY
```

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABS-CBN CORPORATION, a Philippines corporation, ABS-CBN FILM PRODUCTIONS, INC. d/b/a Star Cinema, a Philippines corporation, and ABS-CBN INTERNATIONAL CORPORATION, a California corporation,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>JOHN DOES 1–10 inclusive d/b/a,<,CINEPINOY.TF> a/k/a <PINOYFLIX.TF>, and DOES 1-10 and/or XYZ Corporations 2-100, inclusive,<br><br>　　　　Defendants. | Case No. 2:16-cv-07918-SVW-SS<br><br>**[PROPOSED] PRELIMINARY INJUNCTION ORDER**<br><br>Judge:  Hon. Stephen V. Wilson<br><br>Date: December 12, 2016<br>Time: 1:30 p.m.<br>Courtroom: 6<br><br>Complaint Filed:   October 24, 2016 |

SMRH:480125962.2

-1-

The Court having granted (Dkt. No. 13) Plaintiffs ABS-CBN Corporation's, ABS-CBN Film Productions, Inc.'s, and ABS-CBN International's (collectively, "ABS-CBN" or "Plaintiffs") *Ex Parte* Application for a Temporary Restraining Order ("TRO") and an Order to Show Cause ("OSC") Re: Preliminary Injunction (the "Application") against Defendants John Does 1–10 inclusive doing business as <CINEPINOY.TF> and/or <PINOYFLIX.TF> (collectively, "Defendants"), and having reviewing the Application and papers in support thereof, and the file in this civil action and there having been no showing why the requested Preliminary Injunction should not issue, the Court hereby rules as follows:

1. Plaintiffs' request for the Preliminary Injunction is granted.

2. Plaintiffs have created a publication website ("Publication Website")[1] and are ordered to post copies of this Order as well as the other pleadings in this action and then send a message to Defendants' anonymous customer service contact boxes on their websites (to the extent that they remain in working order) advising Defendants to view the Publication Website because this Preliminary Injunction has been entered against Defendants.

3. ABS-CBN has satisfied the requirements for a preliminary injunction to issue. ABS-CBN has demonstrated a probability of success on the merits of its claims as to Defendants, as set forth in its Complaint in this case, and the potential for irreparable injury resulting from Defendants' conduct as set forth in the Application. Specifically, ABS-CBN has shown that it is likely to succeed on its claims that Defendants are knowingly and intentionally advertising, promoting, distributing, and performing ABS-CBN's copyrighted works for instant streaming and using ABS-CBN's trademarks without authorization through the Internet websites operating under the domain names identified as cinepinoy.tf and

---

[1] https://collaborate.sheppardmullin.com/sheppardmullin/autoLogin.action?userID=894&linkParam=5fMeSBqVkEE%3D

pinoyflix.tf ("Subject Domain Names"). Further, the prohibition against the transfer of the Subject Domain Names preserves the status quo.

4. ABS-CBN has established that it will suffer irreparable harm in the absence of immediate relief. Among other things, Defendants are (a) depriving ABS-CBN of its right to determine the manner in which its trademarks are presented to consumers; (b) defrauding consumers into thinking Defendants' broadcast distribution services for pirated versions of ABS-CBN's copyrighted works are authorized by ABS-CBN; (c) deceiving the public as to ABS-CBN's sponsorship of and/or association with Defendants' illegal broadcast distribution services and the websites through which such content is performed, marketed, advertised, and distributed; (d) wrongfully trading and capitalizing on ABS-CBN's reputation and goodwill and the commercial value of the ABS-CBN trademarks; and (e) interfering with ABS-CBN's ability to market its copyrighted works and distribution services and educate consumers about its brand via the Internet in a free and fair marketplace.

5. ABS-CBN has demonstrated that the balance of equities tips sharply in its favor. Defendants do not have any legitimate interest that would be damaged by the requested preliminary injunction. An injunction is also in the public interest because it will effectuate the policy and purpose of the Copyright Act to protect intellectual property rights and to incentivize the creation of copyrightable works. It will also prevent consumer deception and confusion.

6. The Court hereby orders that Defendants and their subsidiaries, officers, agents, servants, directors, employees, servants, partners, representatives, assigns, distributors, successors, related companies, and attorneys, and/or all persons in active concert or participation with the Defendants or with any of the foregoing, including any corporation or other entity in which Defendants have or had any interest, or play or played any role in the creation, organization, funding, or operating of, are preliminary enjoined from:

(a) Advertising, promoting, performing, copying, broadcasting, performing, and/or distributing any ABS-CBN Copyrighted Works (including but not limited to those identified on Exhibit A hereto) and/or content that currently exists or which exists in the future;

(b) Infringing, counterfeiting, or diluting the ABS-CBN Marks (including but not limited to those identified on Exhibit B hereto), or any mark similar thereto, in connection with the advertisement, promotion, or distribution of pirated content, from using any logo, trade name or trademark or trade dress that may be calculated to falsely advertise the services of Defendants as being sponsored by, authorized by, endorsed by, or in any way associated with ABS-CBN;

(c) Falsely representing themselves as being connected with ABS-CBN, through sponsorship or association, or engaging in any act that is likely to falsely cause members of the public to believe any pirated content or services of Defendants is in any way endorsed by, approved by, and/or associated with ABS-CBN;

(d) Using any reproduction, counterfeit, infringement, copy or colorable imitation of the ABS-CBN Marks in connection with the publicity, promotion, advertising, or distribution of any pirated content by Defendants; from affixing, applying, annexing or using in connection with the promotion, distribution, or advertisement of any pirated content, a false description or representation, including words or other symbols tending to falsely describe or represent Defendants' pirated content as being in any way endorsed by ABS-CBN;

(e) Engaging in search engine optimization strategies using colorable imitations of the ABS-CBN name or trademarks; and from otherwise unfairly competing with ABS-CBN;

  (f) Creating, maintaining, operating, joining, and participating in, the World Wide Web based illegal marketplace used to copy, distribute, perform, advertise, or promote pirated content bearing counterfeits or infringements of the ABS-CBN Marks;

  (g) Transferring the Subject Domain Names cinepinoy.tf and pinoyflix.tf; and

  (h) Knowingly assisting, inducing, aiding or abetting any other person or business entity in or performing any of the activities referred to in paragraphs 6(a) to (g) above.

7. The above preliminary injunction shall remain in effect until the final adjudication in this lawsuit.

8. Plaintiffs shall give notice of this Order to the registrars for the Subject Domain Names (cinepinoy.tf and pinoyflix.tf), including the requirement that, pending further order of the Court:

 (a) the domain-name registrars for the Subject Domain Names are directed, to the extent not already done, to transfer to Plaintiffs' counsel, for deposit with the Court, any domain name certificates for cinepinoy.tf and pinoyflix.tf,

 (b) the domain-name registrars for the Subject Domain Names are directed, to the extent not already done, to immediately lock each of the Subject Domain Names,

 (c) the domain-name registrars for the Subject Domain Names are directed to immediately notify each registrant of record of the Order and of the locking of the domain name,

 (d) The registrars for the Subject Domain Names shall immediately, to the extent not already done, assist and/or facilitate the transfer of the Subject Doman Names to a holding account with a registrar of ABS-CBN's choosing ("New Registrar"), where they will be held in trust for the Court during the pendency of

this action and set to automatically redirect to Publication Website, to be maintained by Plaintiffs as described below, and

(e)  To the extent the registrars do not assist in changing the registrars of record for the domains under their respective control within one business day of receipt of this Order, the Top Level Domain ("TLD") registries for the Subject Domain Names or their administrators, including backend registry operators or administrators, within five business days of receipt of this Order, shall change or assist in changing, the registrar record for the Subject Domain Names to a holding account with the New Registrar, where they will be held in trust for the Court during the pendency of this action and set to automatically redirect to Plaintiffs' Publication Website.

(f)  Plaintiffs shall continue to maintain the Publication Website so that, upon such redirection, a copy of all of the pleadings, other documents and Court orders issued in this matter will be immediately visible to Defendants the moment they type either of the Subject Domain Names into a web browser.

9.  Plaintiffs shall include a copy of this Order in any correspondence they send to any person or entity they believe is acting in active concert or anticipation with any of the Defendants, including without limitation any person or entity who provides hosting services for one the websites specified in this Order.

10.  Plaintiffs may apply to this Court for modifications of this preliminary injunction as appropriate, including without limitation to request that the terms of this Order be extended to such further and additional domain names as Plaintiffs may discover are being used by any or all of the Defendants or their officers, agents, servants, employees, attorneys, or anyone in active concert or participation with any of them to infringe any of Plaintiffs' rights.

11.  The bond Plaintiffs posted in the sum of $10,000 (Dkt. No. 14) shall constitute the bond for the payment of such costs and damages as may be incurred

Case 2:16-cv-07918-SVW-SS   Document 25   Filed 12/14/16   Page 7 of 10   Page ID #:595

or suffered by any party who is found to have been wrongfully preliminarily enjoined or restrained.

12. This preliminary injunction is issued on this 14th day of __Dec__, 2016 at __3:30__ ~~am~~/pm.

Dated: _December 14_, 2016

_____
HON. UNITED STATES DISTRICT JUDGE
STEPHEN V. WILSON

Presented By:

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP


By: /s/ Rebecca Edelson
Rebecca Edelson
Attorneys for Plaintiffs
ABS-CBN CORPORATION, ABS-CBN FILM PRODUCTIONS, INC. D/B/A STAR CINEMA, and ABS-CBN INTERNATIONAL

SMRH:480125962.2
-7-

# EXHIBIT A

**Copyright Registrations:**

## Movies

| Title of Work: | Registration Number: | Registration Date: |
|---|---|---|
| A Second Chance | PA 1-965-375 | 12/8/2015 |
| Always be my Maybe | PA 1-997-531 | 8/23/2016 |
| Ang Tanging Pamilya | PA 1-997-527 | 8/23/2016 |
| Beauty and the Bestie | PA 1-997-536 | 8/23/2016 |
| Bride for Rent | PA 1-940-387 | 4/28/2015 |
| Crazy Beautiful You | PA 1-940-375 | 4/28/2015 |
| Da Possessed | PA 1-940-384 | 4/28/2015 |
| Ettiquitte for Mistresses | PA 1-997-538 | 8/23/2016 |
| Everyday I Love You | PA 1-997-539 | 8/23/2016 |
| Everything About Her | PA 1-997-532 | 8/23/2016 |
| Girl Boy Bakla Tomboy | PA 1-997-541 | 8/23/2016 |
| It Takes a Man and a Woman | PA 1-997-528 | 8/23/2016 |
| Just the Way You Are | PA 1-997-542 | 8/23/2016 |
| Maria Leonora Teresa | PA 1-940-381 | 4/28/2015 |
| Maybe this Time | PA 1-940-383 | 4/28/2015 |
| My Cactus Heart | PA 1-997-544 | 8/23/2016 |
| My Illegal Wife | PA 1-997-545 | 8/23/2016 |
| Past Tense | PA 1-940-379 | 4/28/2015 |
| She's Dating the Gangster | PA 1-997-547 | 8/23/2016 |
| Starting Over Again | PA 1-940-386 | 4/28/2015 |
| The Achy Breaky Hearts | PA 1-997-529 | 8/23/2016 |
| The Breakup Playlist | PA 1-997-537 | 8/23/2016 |

| The Love Affair | PA 1-997-543 | 8/23/2016 |

### Television Shows

| Title of Work: | Registration Number: | Registration Date: |
|---|---|---|
| Ang Probinsyano, July 28, 2016 | PA 1-995-716 | 8/3/2016 |
| ASAP, July 24, 2016 | PA 1-995-722 | 8/3/2016 |
| Banana Sundae, July 24, 2016 | PA 1-995-725 | 8/3/2016 |
| Be My Lady, July 28, 2016 | PA 1-995-707 | 8/3/2016 |
| Born for You, July 28, 2016 | PA 1-995-710 | 8/3/2016 |
| Doble Kara, July 28, 2016 | PA 1-995-711 | 8/3/2016 |
| Dolce Amore, July 28, 2016 | PA 1-995-712 | 8/3/2016 |
| Failon Ngayon, July 23, 2016 | PA 1-995-743 | 8/3/2016 |
| Gandang Gabi Vice, July 24, 2016 | PA 1-995-727 | 8/3/2016 |
| Goin Bulilit, July 24, 2016 | PA 1-995-729 | 8/3/2016 |
| Home Sweetie Home, July 23, 2016 | PA 1-995-735 | 8/3/2016 |
| Ipaglaban Mo, July 23, 2016 | PA 1-995-744 | 8/3/2016 |
| My Super D, July 15, 2016 | PA 1-995-724 | 8/3/2016 |
| Tubig At Langis, July 28, 2016 | PA 1-995-705 | 8/3/2016 |
| We Will Survive, July 15, 2016 | PA 1-995-748 | 8/3/2016 |

# EXHIBIT B

**Registered Trademarks:**

| Trademark | Registration Number | Registration Date | Class/Services |
|---|---|---|---|
| ABS-CBN | 2,334,131 | March 28, 2000 | IC 038 – television broadcasting services via satellite and cable |
| TFC | 3,733,072 | Jan. 5, 2010 | IC 038 – Cable television broadcast<br>IC 041 – television show production and programming |

**Common Law Trademark:**

| Trademark |
|---|
|  |